IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY SEAN GORAK,

    Plaintiff,

v.

JOHN PAQUIN, RICK RAEMISCH
and GARY H. HAMBLIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-130-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for failure to state a claim for which relief may be granted.

_____      4/18/11
Peter Oppeneer, Clerk of Court           Date