IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY SEAN GORAK,

    Plaintiff,

v.

JOHN PAQUIN, AMY SMITH, RUSSELL
BAUSCH, KAREN SOLOMON and
GARY H. HAMBLIN,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-130-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) dismissing plaintiff's claims against Gary Hamblin for failure to state a claim upon which relief may be granted; and

(2) granting John Paquin, Amy Smith, Russell Bausch and Karen Solomon's motion for summary judgment and dismissing this case.

_____    _____
Peter Oppeneer, Clerk of Court             6/13/2012
                                                              Date